**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov


Filed: September 08, 2026

Mr. Joshua Sean Smith
Office of the Attorney General
of Michigan
P.O. Box 30217
4th Floor
Lansing, MI 48909

Re: Case No. 26-1787
*Sacred Heart of Jesus Parish, et al v. Dana Nessel, et al*
Originating Case No. 1:22-cv-01214

Dear Counsel,

This appeal has been docketed as case number **26-1787**, which is a cross-appeal to pending appeal **26-1736**.

The following case opening items should be docketed with the Clerk's office by **September 22, 2026**. The Civil Appeal Statement is now an automated entry. Filers may still use the form 6CA-53 located on the Court's website if the automated entry does not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

| | |
|---|---|
| Cross-Appellant: | Appearance of Counsel<br>Civil Appeal Statement of Parties & Issues |
| Cross-Appellee: | Appearance of Counsel |

If appellant's case opening items are not timely filed or necessary fees paid, the cross-appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Roy
Direct Dial No. 513-564-7016

cc: Mr. Christopher Paul Schandevel

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-1787**

SACRED HEART OF JESUS PARISH, GRAND RAPIDS; JOSEPH BOUTELL; RENEE BOUTELL; KATIE UGOLINI; PETER UGOLINI

Plaintiffs - Appellants Cross-Appellees

v.

DANA NESSEL, in her official capacity as Attorney General of Michigan

Defendant - Appellee Cross-Appellant

JOHN E. JOHNSON, JR., in his official capacity as Executive Director of the Michigan Department of Civil Rights; PORTIA L. ROBERSON, in her official capacity as a member of the Michigan Civil Rights Commission; ZENNA FARAJ ELHASON, in her official capacity as a member of the Michigan Civil Rights Commission; GLORIA E. LARA, in her official capacity as a member of the Michigan Civil Rights Commission; REGINA MARIE GASCO-BENTLEY, in her official capacity as a member of the Michigan Civil Rights Commission; ANUPAMA KOSARAJU, in her official capacity as a member of the Michigan Civil Rights Commission; RICHARD J. CORRIVEAU, in his official capacity as a member of the Michigan Civil Rights Commission; DAVID WORTHAMS, in his official capacity as a member of the Michigan Civil Rights Commission; LUKE R. LONDO, in his official capacity as a member of the Michigan Civil Rights Commission; SKOT WELCH, in his official capacity as a member of the Michigan Civil Rights Commission identified on initiating document as David Worthams; ROSANN L. BARKER, in her official capacity as a members of the Michigan Civil Rights Commission identified on initiating document as Richard Corriveau

Defendants